NAME, ADDRESS TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Scott J. Leipzig (SBN 192005)
Elizabeth A. Fierman (SBN 231474)
ALSTON & BIRD LLP
333 S. Hope St., Los Angeles, CA  90071
(213)576-1000 Ph. (213)576-1100 Fax
ATTORNEYS FOR:  Specially Appearing Def. EquiFirst Corp.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYTSAR TOROSYAN, an individual, and CARLO HAMRAHI, an individual,<br><br>Plaintiff(s)<br><br>v.<br><br>EQUIFIRST CORPORATION, a North Carolina Corporation; SPECIALIZED LOAN SERVICING LLC, a Delaware Limited Liability Company; BSI FINANCIAL SERVICES, INC., a Pennsylvania Corporation; RON MC MAHAN, an individual; CEREF REO II, LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br>Defendant(s). | CASE NUMBER<br><br>2:09-CV-4033-VBF-CRCx<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Specially Appearing Defendant EquiFirst Corporation, erroneously served herein as Equitfirst Corporation

(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Paytsar Torosyan | Plaintiff |
| Carlo Hamrahi | Plaintiff |
| EquiFirst Corporation | Defendant |
| Specialized Loan Servicing LLC | Defendant |
| BSI Financial Services, Inc. | Defendant |
| Ron McMahan | Defendant |
| Ceref Reo II | Defendant |
| Barclays Capital Real Estate Holdings, Inc. | Parent company |

Date  September 30, 2009

/s/ Elizabeth A. Fierman
Sign
Elizabeth A. Fierman

Attorney for Specially Appearing Defendant EquiFirst Corp.
Attorney of record for or party appearing in pro per

1212690.1

# PROOF OF SERVICE

I, Melinda Montero, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On September 30, 2009, I served the document(s) described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

☐ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ BY FEDERAL EXPRESS    ☐ UPS NEXT DAY AIR    ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS    ☐ UPS    ☐ Overnight Delivery [Overnite Express] with delivery fees fully provided for or delivered the envelope to a courier or driver of   ☐ FEDERAL EXPRESS   ☐ UPS   ☐ OVERNIGHT DELIVERY [Overnite Express] authorized to receive documents at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☒ BY HAND DELIVERY:    By giving a true copy(ies) thereof in sealed envelope(s) to Ace Messenger and Attorney Service, Inc. for hand delivery to: (SEE ATTACHED SERVICE LIST)

☐ BY ELECTRONIC TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document by electronic mail transmission address set forth on the attached service list.

☐ BY ELECTRONIC MAIL    On this date, I transmitted the documents listed above, electronically, via the U.S.D.C CM/ECF website as indicated on the attached service list.

☒ [Federal]    I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2009, at Los Angeles, California.

_____
Melinda Montero

1

1

2         **Paytsar Torosyan v. Equitfirst Corporation**

3         United States District Court, Central District
        Case No.  2:09-cv-04033VBF-RC

4

5                   **SERVICE LIST**

6 Jonathan O. Sarte, Esq.          Attorney for Plaintiffs
  LEGAL SOLUTIONS GROUP, INC.   **Paytsar Torosyan and Carlo Hamrahi**

7 22720 Ventura Blvd., Suite 100
  Woodland Hills, CA  91367        Phone:  (818) 224-3260

8                           Fax:    (818) 224-5639

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28